IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROLAC CONTRACTING, INC.,

    Plaintiffs,

v.                                   Case No. 1:25-cv-00474-KK-LF

RM BUILDERS JV and
FIDELITY AND DEPOSIT COMPANY
OF MARYLAND,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT

The parties have reached a negotiated resolution in this matter.

IT IS THEREFORE ORDERED that closing documents must be filed no later than

**Monday, April 13, 2026**, absent a written motion showing good cause for an extension.

_____
Laura Fashing
United States Magistrate Judge